NO. 07-06-0344-CR

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL A

SEPTEMBER 29, 2006

_____


TIMOTHY DARON GRAVES, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

_____

FROM THE 46TH DISTRICT COURT OF HARDEMAN COUNTY;

NO. 3961; HONORABLE TOM NEELY, JUDGE

_____

Before REAVIS and CAMPBELL and HANCOCK, JJ.

**MEMORANDUM OPINION**

Appellant Timothy Daron Graves perfected this appeal to challenge his conviction for burglary of a habitation. Pending before this Court is a motion to dismiss filed pursuant to Rule 42.2 of the Texas Rules of Appellate Procedure by which appellant asserts the trial

court granted his motion for new trial. Attached to the motion is a copy of the trial court's order granting the motion for new trial.

We cannot grant the motion to dismiss under Rule 42.2(a) because it is not personally signed by appellant. We will, however, treat the motion as a motion to dismiss for want of jurisdiction.

The legal effect of granting a motion for new trial restores the case to its position before the former trial. Tex. R. App. P. 21.9. There being no conviction to be appealed, we have no jurisdiction to consider this appeal. *See* Waller v. State, 931 S.W.2d 640, 643-44 (Tex.App.–Dallas 1996, no pet.).

Accordingly, we dismiss this appeal for want of jurisdiction.

Don H. Reavis
Justice

Do not publish.